778 S.E.2d 113

**In the Matter of Stephen Francis KRZYSTON, Respondent.**

**Appellate Case No. 2015–001889.**

Supreme Court of South Carolina.

Oct. 14, 2015.

## ORDER

On January 29, 2015, the Court placed respondent on interim suspension. *In the Matter of Krzyston,* 411 S.C. 273, 768 S.E.2d 402 (2015). The Court lifts respondent's interim suspension.

s/Jean H. Toal, C.J.

s/Costa M. Pleicones, J.

s/Donald W. Beatty, J.

s/John W. Kittredge, J.

s/Kaye G. Hearn, J.